UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVSION

| | |
|---|---|
| TUAN FIELD, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA , N.A., et al.,<br><br>      Defendants. | Case No.  15-cv-01262-NJV<br><br>ORDER TAKING PENDING MOTIONS UNDER SUBMISSION<br><br>(Docs. 6 and 8.) |

Defendant National Default Servicing Corporation's motion to dismiss and Plaintiffs' motion to remand are set for hearing before the court on May 12, 2015.  The matters are fully briefed.  Pursuant to Civil Local Rule 7-1(b), the court finds that these matters are appropriate for decision without oral argument and therefore takes the matters under submission.  The matters will be decided on the papers.

**IT IS SO ORDERED.**

Dated:   May 4, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge