UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TUAN FIELD, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No. 15-cv-01262-NJV   (NJV)<br><br>**ORDER TAKING MATTER UNDER SUBMISSION**<br><br>Re: Dkt. No. 23 |

Defendants' Motion in Opposition to and to Expunge Notice of Pendency of Action (Doc. 23) is set for hearing before the court on May 26, 2015. The matter is fully briefed. Pursuant to Civil Local Rule 7-1(b), the court finds this matter appropriate for decision without oral argument and therefore takes the matter under submission. The matter will be decided on the papers.

**IT IS SO ORDERED**.

Dated: May 19, 2015

NANDOR J. VADAS
United States Magistrate Judge